**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>HORIZON LINES, INC., CHARLES G. RAYMOND, MARK URBANIA, GABRIEL SERRA, R. KEVIN GILL, and GREGORY GLOVA,<br><br>        Defendants. | No. 08-969(HB)<br><br>(Securities Class Action)<br><br>Hon. Harvey Bartle, III<br><br>ELECTRONICALLY FILED<br><br>**ORAL ARGUMENT REQUESTED** |
| WILLIAM SAVIDGE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>HORIZON LINES, INC., CHARLES G. RAYMOND, M. MARK URBANIA, GABRIEL SERRA, R. KEVIN GILL, and GREGORY GLOVA,<br><br>        Defendants. | No. 09-66(HB)<br><br>(Securities Class Action)<br><br>Hon. Harvey Bartle, III |

**STATEMENT OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT PURSUANT TO DISTRICT OF DELAWARE RULE 7.1.1**

Andre G. Bouchard (Bar No. 2504)
**BOUCHARD MARGULES & FRIEDLANDER, P.A.**
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500

*Liaison Counsel*

Gerald H. Silk
Noam Mandel
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400

                                                Ira M. Press
                                                Peter S. Linden
                                                **KIRBY McINERNEY LLP**
                                                825 Third Avenue
                                                New York, New York 10022
                                                (212) 371-6600

                                                *Counsel for Police and Fire Retirement*
                                                *System of the City of Detroit and Proposed*
                                                *Lead Counsel for the Class*

Dated:  March 2, 2009

The Police and Fire Retirement System of the City of Detroit ("Detroit P&F") filed a motion on March 2, 2009 seeking appointment as Lead Plaintiff and approval of its selection of Lead Counsel and Liaison Counsel, as well as for consolidation of all related actions, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and Fed. R. Civ. P. 42(a).

We write to explain that while Local Rule 7.1.1 generally requires a statement by counsel for the moving party that a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the motion, that was not possible here because in the case of a motion for appointment as lead plaintiff pursuant to the PSLRA, it is not possible to determine the identities of the opposing parties before filing the motion.

The PSLRA allows any putative class member to apply for appointment as lead plaintiff, so long as such a motion is made within sixty days from the first-filed notice advising members of the purported plaintiff class.  15 U.S.C. § 78u-4 (a)(3)(B)(i).  Lead plaintiff motions may be made by class members who have not filed securities fraud complaints themselves, 15 U.S.C. § 78u-4(a)(3)(A)(i)(II), and, in virtually all PSLRA class actions lead plaintiff motions are filed by such investors.  Moreover, the plaintiffs who have filed complaints do not necessarily always make such motions.

Few, if any, such motions are made prior to the very last day permitted by the statute (which in this case, was March 2, 2009).  In fact, in this case, no lead plaintiff motions were filed prior to March 2, 2009. Thus, it was not possible, prior to filing this motion, for a lead plaintiff movant to identify the competing movants.  Therefore, Detroit P&F, and for that matter, any

other competing lead plaintiff movants, could not have known whom to approach for an agreement in order to satisfy D. Del. R 7.1.1.

| | |
|---|---|
| Dated:  March 2, 2009 | Respectfully Submitted, |

/s/      Andre G. Bouchard
Andre G. Bouchard (Bar No. 2504)
**BOUCHARD MARGULES &
    FRIEDLANDER, P.A.**
222 Delaware Avenue, Suite 1400
Wilmington, Delaware  19801
(302) 573-3500

*Proposed Liaison Counsel for the Class*

Gerald H. Silk
Noam Mandel
**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

Ira M. Press
Peter S. Linden
**KIRBY McINERNEY LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

*Counsel for Police and Fire Retirement System of the City of Detroit and Proposed Lead Counsel for the Class*